IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE AVINA, on behalf of himself and a class, ) ) ) | | |
| PLAINTIFF, ) ) | Case No. 21-cv-01993 | |
| v. ) ) | Hon. Franklin U. Valderrama | |
| QUALIA COLLECTION SERVICES ) ) | | |
| DEFENDANT. ) | | |

## Status Report

I. Progress of Discovery

   A. Both parties have issued written discovery, but the parties have agreed to mutually extend response deadlines pending the Court's ruling on Plaintiff's motion to remand.

   B. Parties have not yet begun oral discovery. The parties anticipate beginning oral discovery after written discovery if the Court denies Plaintiff's motion to remand.

II. Settlement Conference

   A. The parties are not interested in a settlement conference at this time.

Dated: August 26, 2021

[signatures on following page]

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| *s/ Daniel Brown* | *s/ Brendan H. Little* |
| Daniel Brown | Brendan H. Little |
| Main Street Attorney, LLC | Lippes Mathias Wexler Friedman LLP |
| PO Box 247 | 50 Fountain Plaza, Suite 1700 |
| Chicago, IL 60690 | Buffalo, NY 14202 |
| P: (773) 453-7410 | blittle@lippes.com |
| E:daniel@mainstreetattorney.com | Ph: (716) 853-5100 |
| | blittle@lippes.com |

Celetha Chatman
Michael Wood
Community Lawyers, LLC.
980 N. Michigan Avenue, Suite 1400
Chicago, IL 60611
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

## **CERTIFICATE OF SERVICE**

I, Daniel Brown, an attorney, hereby certify that on August 26, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Daniel Brown*
Daniel Brown